Matthias, J.,
 

 dissenting. I am unable to reach the conclusion announced by a majority of the court that the provisions governing the distribution of, funds raised by the tax on intangibles are violative of the federal or state Constitution. I find no express provision in either Constitution which denies the state the power to either levy a tax for local purposes or to distribute the funds so raised in accordance with a reasonable plan of distribution such as adopted by the legislature. I regard the reasoning of the court in the case of
 
 Duffy
 
 v.
 
 Treasurer & Receiver General,
 
 234 Mass., 42, 125 N. E., 135, as quite cogent and convincing.
 

 Day and Allen, JJ., concur in the dissenting opinion.